AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
JAMAL MCCLEASE

*Defendant*

Case No. 2:26-CR-00016-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMAL MCCLEASE, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine
Counts 2, 3, 4 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Distribut a quantity of a mixture and substance containing a detectable amount of cocaine; and aiding and abetting

Date: 09/16/2026

[signature] Deputy Clerk
*Issuing officer's signature*

City and state: RALEIGH, NC

PETER A. MOORE, JR - CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/16/2026, and the person was arrested on *(date)* 11/03/2026 at *(city and state)* Chesapeake, VA.

Date: 11/03/2026

INV. JW GREGORY
*Arresting officer's signature*

JASON W. GREGORY INVESTIGATOR
*Printed name and title*