FILED IN OPEN COURT
ON 9/16/2026 KN
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:26-CR-16-1
No. 2:26-CR-16-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| LAMONT NICHOLAS RIDDICK | ) | |
| JAMAL MCCLEASE | ) | |

The Grand Jury charges that:

COUNT ONE

Beginning at a date unknown, but no later than on or about January 30, 2026, and continuing up to and including at least on or about June 3, 2026, in the Eastern District of North Carolina, the defendants, LAMONT NICHOLAS RIDDICK and JAMAL MCCLEASE, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with each other and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substance Involved in the Conspiracy

With respect to the defendant, LAMONT NICHOLAS RIDDICK, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the

conduct of others reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

With respect to the defendant, JAMAL MCCLEASE, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of others reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, LAMONT NICHOLAS RIDDICK, committed the violation alleged in Count One of this Indictment after one prior conviction of a serious drug felony, as defined in Title 21, United States Code, Section 802(58), had become final.

[The remainder of this page is intentionally blank.]

COUNT TWO

On or about January 30, 2026, in the Eastern District of North Carolina, the defendants, LAMONT NICHOLAS RIDDICK and JAMAL MCCLEASE, aiding and abetting one another, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT THREE

On or about February 12, 2026, in the Eastern District of North Carolina, the defendants, LAMONT NICHOLAS RIDDICK and JAMAL MCCLEASE, aiding and abetting one another, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

[The remainder of this page is intentionally blank.]

COUNT FOUR

On or about March 6, 2026, in the Eastern District of North Carolina, the defendants, LAMONT NICHOLAS RIDDICK and JAMAL MCCLEASE, aiding and abetting one another, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FIVE

On or about June 3, 2026, in the Eastern District of North Carolina, the defendant, LAMONT NICHOLAS RIDDICK, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

ALLEGATION OF PRIOR CONVICTION

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, LAMONT NICHOLAS RIDDICK, committed the violations alleged in Counts Two, Three, Four, and Five of this Indictment after one prior conviction of a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

# FORFEITURE NOTICE

Notice is hereby given that all right, title, and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

The forfeitable property includes, but is not limited to, the following:

a) Approximately $3,700 in United States Currency seized on June 3, 2026, from 101 Osprey Ct., Elizabeth City, N.C. 27909.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

[The remainder of this page is intentionally blank.]

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 9/15/26

W. ELLIS BOYLE
United States Attorney

H. Brent McKnight, Jr.

H. BRENT MCKNIGHT, JR.
Assistant United States Attorney
Criminal Division